Michael G. Millward, Esq.
Millward Law, Ltd.
Bar No. 11211
1591 Mono Avenue
Minden, NV 89423
(775) 600-2776
michael@millwardlaw.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

In re:

| | |
|---|---|
| JASON PHILIP POWELL; | Case No. 21-50147-BTB<br>Chapter 13 |
| Debtors. | CERTIFICATE OF SERVICE |

_____/

I, Ashley Voss, under penalty of perjury declare that I am and was when the herein described service took place, an employee of Millward Law, Ltd., and a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action; that on September 3, 2021, I caused a copy of the *Motion for Voluntary Dismissal of Chapter 13 Case* with attached Exhibit (ECF 94) to be served upon the following by U.S. Mail, postage fully prepaid:

| | | |
|---|---|---|
| Wells Fargo Auto<br>PO Box 17900<br>Denver, CA 80217 | American Contractors Indemnity Co.<br>801 S Figueroa St. Unit 700<br>Los Angeles, CA90017 | Arrowhead Insurance Agency<br>701 B Street Suite 2100<br>San Diego, CA 92101 |
| BBVA<br>PO Box 192<br>Birmingham, AL 35201 | CA Secretary of State<br>PO Box 944260<br>Sacramento, CA 94244-2600 | California Franchise Tax Board<br>Bankruptcy Section MS A345<br>PO Box 2952<br>Sacramento, CA 95812 |
| CAN Insurance<br>1680 Howe Ave No 355<br>Sacramento, CA 95825 | Crisis Collection Management<br>PO Box 3479<br>Reno, NV 89505 | EDD<br>PO Box 989061<br>West Sacramento, CA 95798 |
| Everest Premier Insurance<br>Company<br>PO Box 9007<br>Carlsbad, CA 92018 | Faber & Brand LLC<br>PO Box 10110<br>Columbia, MO 65205 | First Financial Bank, N.A.<br>255 East Fifth Street<br>Cincinnati, OH 45202 |

| | | |
|---|---|---|
| Ford Motor Credit Company<br>12110 Emmet St<br>Omaha, NE 68164 | American Contractors Indemnity Co<br>16055 Ventura Blvd Ste 1200<br>Encino, CA 91436 | Helen and Herrold Trop Zell<br>475 Lakeshore Blvd No 36<br>Incline Village, NV 89451 |
| Ace C. Van Patten<br>10100 W. Charleston Blvd<br>Ste 220<br>Las Vegas, NV 89135 | Nevada Employment Security<br>Division Training and<br>Rehabilitation<br>500 E Third St<br>Carson City, NV 89713-0030 | Lionel Sawyer & Collins<br>50 West Liberty St<br>Suite 1100<br>Reno, NV 89501 |
| Matt Parisi<br>15302 Donnington Ln Unit 3<br>Truckee, CA 96161 | Matthew Parisi<br>10363 High St<br>Truckee, CA 96161 | Elizabeth A. Fletcher<br>448 Ridge St<br>Reno, NV 89501 |
| Western Surety Company<br>101 S  Reid St Ste 300<br>Sioux Falls, SD 57103-7045 | Nevada Department of Taxation<br>PO Box 7165<br>San Francisco, CA 9412-7165 | Nevada Dept. of Taxation<br>4600 Kietzke Ln Suite L 235<br>Reno, NV 89502 |
| IPFS<br>PO Box 100391<br>Pasadena, CA 91189 | Parisi & Powell Corp.,<br>10363 High St #1 & #2<br>Truckee, CA 96161 | Park Lawless and Tremonti LLP<br>555 West Fifth Street 35th Floor<br>Los Angeles, CA 90013 |
| Peter Slugh<br>PO Box 34041<br>Truckee, CA 96160 | Robert H. Broili<br>140 Washington St Suite 200<br>Reno, NV 89503 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| California Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94267-0011 | L. Edward Humphrey<br>201 W. Liberty St, Ste 350<br>Reno, NV 89501 | US Bank<br>10995 Donner Pass Rd<br>Truckee, CA 96161 |
| H & J Trop Zell<br>c/o Andrew Wolf<br>Incline Law Group LLP<br>264 Village Blvd Suite 104<br>Incline Village, NV 89451 | Western Surety Co<br>c/o Carlos Sosa<br>Hausman and Sosa LLP<br>20750 Ventura Blvd No105<br>Woodland Hills, CA 91346-6646 | Monte Mattson<br>Care of P Randolph Finch<br>Finch Thornton and Baird LLP<br>4747 Executive Dr Suite 700<br>San Diego, CA 92121 |
| William Van Meter<br>PO Box 6630<br>Reno NV 89513 | | |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 3rd day of September, 2021

/s/ Ashley Voss_____
Ashley Voss, Legal Assistant